```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

CHRISTINE SHANAFELT and
STAFF SERGEANT DAMON SHANAFELT,
    Plaintiffs,

    v.                                          CIVIL ACTION NO.
                                                17-10394-MBB

VETERAN'S ADMINISTRATION and
UNITED STATES GOVERNMENT,
    Defendants.

## FINAL JUDGMENT

### July 23, 2018

**BOWLER, U.S.M.J.**

    The issues having been duly heard and a decision rendered, it is **ORDERED** and **ADJUDGED** that plaintiffs take nothing and that this action be **DISMISSED**.

                                    /s/ Marianne B. Bowler
                                    **MARIANNE B. BOWLER**
                                    United States Magistrate Judge